UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

Galiano, on behalf of himself and those similarly
situated,

                    Plaintiff,

            v.                                                          Case No.  08 Civ. 1317 (KMK)

Fidelity National Title Insurance Company, *et al.*,

                    Defendants.

---------------------------------------------------------------x

<u>**NOTICE OF APPEARANCE**</u>

            **PLEASE TAKE NOTICE** that Patrick T. Shilling, an associate with the law firm

of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as

counsel for Defendants Fidelity National Title Insurance Company, Fidelity National Financial,

Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company in this action and

requests that all subsequent papers be served upon him at the address indicated below.

            Please add the following to the service list for this proceeding:

            Patrick T. Shilling, Esq. (pshilling@stblaw.com)
            SIMPSON THACHER & BARTLETT LLP
            425 Lexington Avenue
            New York, New York 10017-3954
            (212) 455-2000 (Telephone)
            (212) 455-2502 (Facsimile)

Dated: New York, New York
       February 21, 2008

                              SIMPSON THACHER & BARTLETT LLP


                              By:  s/ Patrick T. Shilling


                              Patrick T. Shilling
                              425 Lexington Avenue
                              New York, New York 10017-3954
                              Telephone: (212) 455-2000
                              Facsimile: (212) 455-2502
                              pshilling@stblaw.com

                              *Attorney for Defendants Fidelity National Title
                              Insurance Company, Fidelity National Financial,
                              Inc., Ticor Title Insurance Company, and Chicago
                              Title Insurance Company*