UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
GERRY GALIANO, :
:
        Plaintiff, :
:
v. : Case No. 08 Civ. 1317 (KMK)
:
FIDELITY NATIONAL TITLE INSURANCE :
COMPANY, *et al.*, :
        Defendants. :
------------------------------------- :
                                             x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Title Insurance Rate Service Association, Inc. ("TIRSA") hereby certifies that it is a New York not-for-profit corporation. Defendant has no corporate parents, affiliates and/or subsidiaries that are publicly held.

Dated: New York, New York
March 6, 2008

                                      GIBSON, DUNN & CRUTCHER LLP

                                      By:  _s/ James L. Hallowell_____
                                            John A. Herfort
                                            James L. Hallowell

                                      200 Park Avenue
                                      New York, New York 10166-0193
                                      Phone: (212) 351-4000
                                      Fax: (212) 351-4035
                                      jherfort@gibsondunn.com
                                      jhallowell@gibsondunn.com

                                      Attorneys for Defendant
                                      Title Insurance Rate Service Association, Inc.