UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

GERRY GALIANO, on behalf of himself
And those similarly situated,

                    Plaintiffs,

    vs.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.

                    Defendants.

-------------------------------------------------------------x

"ECF CASE"

08-CIV.1317 (KMK)

**NOTICE OF
APPEARANCE**

      **PLEASE TAKE NOTICE** that David P. Langlois, a member of the law firm of

Sutherland Asbill & Brennan LLP, duly admitted to the Bar of this Court, hereby appears

as counsel for Defendants Commonwealth Land Title Insurance Company, Lawyers Title

Insurance Corporation and LandAmerica Financial Group, Inc. in this action and requests

that all subsequent papers be served upon him at the address indicated below.

      Please add the following to the service list for this proceeding:

           David P. Langlois, Esq. (david.langlois@sablaw.com)
           SUTHERLAND ASBILL & BRENNAN LLP
           1114 Avenue of the Americas
           New York, New York 10036
           (212) 389-5000 (Telephone)
           (212) 389-5090 (Facsimile)

Dated: New York, New York
       March 10, 2008

SUTHERLAND ASBILL & BRENNAN LLP


By:  /s/  David P. Langlois (DL 2319)

David P. Langlois
SUTHERLAND ASBILL & BRENNAN LLP
1114 Avenue of the Americas
New York, New York 10036
(Telephone) (212) 389-5000
(Facsimile)  (212) 389-5090
david.langlois@sablaw.com


*Attorneys for Defendants Commonwealth*
*Land Title Insurance Company, Lawyers*
*Title Insurance Corporation and*
*LandAmerica Financial Group, Inc.*