UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GERRY GALIANO,

        Plaintiff,

v.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, *et al.*,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 08 Civ. 1317 (KMK)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Oliver M. Olanoff, an associate with the law firm of Gibson, Dunn & Crutcher LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Title Insurance Rate Service Association, Inc. ("TIRSA") in this action and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for this proceeding:

    Oliver M. Olanoff, Esq. (oolanoff@gibsondunn.com)
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
    New York, NY 10166
    (212) 351-3823 (Telephone)
    (212) 351-6292 (Facsimile)

Dated: New York, New York
       March 7, 2008

                                 GIBSON, DUNN & CRUTCHER LLP

                                 By: s/ Oliver M. Olanoff

                                 Oliver M. Olanoff
                                 200 Park Avenue, 47th Floor
                                 New York, New York 10166-0193
                                 Telephone: (212) 351-4000
                                 Facsimile: (212) 351-4035
                                 oolanoff@gibsondunn.com

                                 Attorney for Defendant
                                 Title Insurance Rate Service Association, Inc.