*Karas, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

-------------------------------------------------------------------x

GERRY GALIANO,

          Plaintiff,

vs.                                                                        Case No. 08 Civ. 1317 (KMK)

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.,

          Defendants.

-------------------------------------------------------------------x

*- and -*

-------------------------------------------------------------------x

GARY KROMER, et al.,

          Plaintiffs,

vs.                                                                        Case No. 08 Civ. 1494 (KMK)

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.,

          Defendants.

-------------------------------------------------------------------x

*- and -*

-------------------------------------------------------------------x

PETER MILEY,

          Plaintiff,

vs.                                                                        Case No. 08 Civ. 1547 (KMK)

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.,

          Defendants.

-------------------------------------------------------------------x



*- and -*

----------------------------------------------------------------x
SUSAN M. MAROTTA,

          Plaintiff,

   vs.                            Case No. 08 Civ. 1597 (KMK)

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.,

          Defendants.
----------------------------------------------------------------x

*- and -*

----------------------------------------------------------------x
VINCENT TRULLI, JR.,

          Plaintiff,

   vs.                            Case No. 08 Civ. 1729 (KMK)

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.,

          Defendants.
----------------------------------------------------------------x

## STIPULATION EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT

               IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants, in

each of the above-captioned actions, through their undersigned counsel, as follows:

           1)     Defendants shall accept service of the Complaints in each of the above-

captioned actions.

           2)     Defendants shall not be obligated to answer, move, or otherwise respond

to the Complaints in any of the above-captioned actions until 45 days after this Court or any

2

court to which these actions are hereafter transferred determines whether these actions shall be consolidated with all other actions involving common questions of law or fact (the "Response Date").

3)    Plaintiffs shall not be obligated to oppose any motion to dismiss by any Defendant until 60 days after the Response Date.

4)    Defendants shall have 30 days to reply to Plaintiffs' opposition to any motion to dismiss.

5)    Nothing in this stipulation shall be construed as a waiver of any party's right to seek or oppose transfer of these actions or consolidation of theses actions with any other action.

6)    This stipulation may be executed in counterparts, including by signature transmitted by facsimile.

Dated: New York, New York
          March 6, 2008

SIMPSON THACHER & BARTLETT LLP

By: _____
Barry R. Ostrager
Kevin J. Arquit
Patrick T. Shilling
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com
karquit@stblaw.com
pshilling@stblaw.com

*Attorneys for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company*

3

LOWEY DANNENBERG COHEN & HART, P.C.

By: _____

Peter D. St. Phillip, Jr.
Richard W. Cohen
Barbara Hart
Jeanne D' Esposito
Scott V. Papp
One North Broadway, Suite 509
White Plains, New York 10601-2310
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

*Attorneys for Plaintiffs Gerry Galiano, Gary
Kromer, Monique Kromer, Joseph Ammirati,
Michelle Ammirati, and Susan M. Marotta*


SQUITIERI & FEARON, LLP


By: _____

Lee Squitieri
32 East 57th Street, 12th Floor
New York, New York 10022
Telephone: (212) 421-6492

*Attorneys for Plaintiff Peter Miley*


WHALEN & TUSA, P.C.


By: _____

Joseph S. Tusa
Paul C. Whalen
33 West 19th Street, Fourth Floor
New York, New York 10011
Telephone: (212) 400-7100
Facsimile: (212) 658-9685

*Attorneys for Plaintiff Vincent Trulli, Jr.*

4

LOWEY DANNENBERG COHEN & HART, P.C.

By: _____
Peter D. St. Phillip, Jr.
Richard W. Cohen
Barbara Hart
Jeanne D' Esposito
Scott V. Papp
One North Broadway, Suite 509
White Plains, New York 10601-2310
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

*Attorneys for Plaintiffs Gerry Galiano, Gary*
*Kromer, Monique Kromer, Joseph Ammirati,*
*Michelle Ammirati, and Susan M. Marotta*

SQUITIERI & FEARON, LLP

By: _____
Lee Squitieri
32 East 57th Street, 12th Floor
New York, New York 10022
Telephone: (212) 421-6492

*Attorneys for Plaintiff Peter Miley*

WHALEN & TUSA, P.C.

By: _____
Joseph S. Tusa
Paul C. Whalen
33 West 19th Street, Fourth Floor
New York, New York 10011
Telephone: (212) 400-7100
Facsimile: (212) 658-9685

*Attorneys for Plaintiff Vincent Trulli, Jr.*

5

LOWEY DANNENBERG COHEN & HART, P.C.


By: _____

Peter D. St. Phillip, Jr.
Richard W. Cohen
Barbara Hart
Jeanne D' Esposito
Scott V. Papp
One North Broadway, Suite 509
White Plains, New York 10601-2310
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

*Attorneys for Plaintiffs Gerry Galianc, Gary
Kromer, Monique Kromer, Joseph Ammirati,
Michelle Ammirati, and Susan M. Marotta*


SQUITIERI & FEARON, LLP


By: _____

Lee Squitieri
32 East 57th Street, 12th Floor
New York, New York 10022
Telephone: (212) 421-6492

*Attorneys for Plaintiff Peter Miley*


WHALEN & TUSA, P.C.


By: _____  3/5/08

Joseph S. Tusa
Paul C. Whalen
33 West 19th Street, Fourth Floor
New York, New York 10011
Telephone: (212) 400-7100
Facsimile: (212) 658-9685

*Attorneys for Plaintiff Vincent Trulli, Jr.*


5

FULBRIGHT & JAWORSKI L.L.P.

By: _____
Mark A. Robertson
666 Fifth Avenue
New York, New York 10103
Telephone:  212-318-3304
Telecopier: 212-318-3400
mrobertson@fulbright.com

*Attorneys for Defendants Stewart Title Insurance*
*Company, Monroe Title Insurance Corporation,*
*and Stewart Information Service Corporation*


GIBSON, DUNN & CRUTCHER LLP

By: _____
John A. Herfort
James L. Hallowell
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jherfort@gibsondunn.com
jhallowell@gibsondunn.com

*Attorneys for Title Insurance Rate Service*
*Association, Inc.*

6

FULBRIGHT & JAWORSKI L.L.P.


By: _____
Mark A. Robertson
666 Fifth Avenue
New York, New York 10103
Telephone: 212-318-3304
Telecopier: 212-318-3400
mrobertson@fulbright.com

*Attorneys for Defendants Stewart Title Insurance
Company, Monroe Title Insurance Corporation,
and Stewart Information Service Corporation*


GIBSON, DUNN & CRUTCHER LLP

By: _____
John A. Herfort
James L. Hallowell
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jherfort@gibsondunn.com
jhallowell@gibsondunn.com

*Attorneys for Title Insurance Rate Service
Association, Inc.*

6

GREENBERG TRAURIG, LLP

By: *James Dan Serota*
James I. Serota
Kenneth Lapatine
Stephen L. Saxl
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com

*Attorneys for Defendants The First American*
*Corporation, First American Title Insurance*
*Company of New York, and*
*United General Title Insurance Company*


SUTHERLAND ASBILL & BRENNAN LLP


By: _____
Charles T. Locke
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
charles.locke@sablaw.com

*Attorney for Defendants Commonwealth Land Title*
*Insurance Company, Lawyers Title Insurance*
*Corporation and LandAmerica Financial Group,*
*Inc.*


SO ORDERED:


_____
U.S.D.J.

7

GREENBERG TRAURIG, LLP

By: _____
James I. Serota
Kenneth Lapatine
Stephen L. Saxl
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com

*Attorneys for Defendants The First American
Corporation, First American Title Insurance
Company of New York, and
United General Title Insurance Company*

SUTHERLAND ASBILL & BRENNAN LLP

By: _____
David R. Langlois
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
david.langlois@sablaw.com

*Attorney for Defendants Commonwealth Land Title
Insurance Company, Lawyers Title Insurance
Corporation and LandAmerica Financial Group,
Inc.*

SO ORDERED:

_____
U.S.D.J.        3/7/08

DATED:

7