UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GERRY GALIANO,

    Plaintiff,

v.                  Case No. 08 Civ. 1317 (KMK)

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, *et al.*,

    Defendants.

------------------------------------- x

## NOTICE OF APPEARANCE

  **PLEASE TAKE NOTICE** that John A. Herfort, a partner with the law firm of Gibson, Dunn & Crutcher LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Title Insurance Rate Service Association, Inc. ("TIRSA") in this action and requests that all subsequent papers be served upon him at the address indicated below.

  Please add the following to the service list for this proceeding:

    John A. Herfort, Esq. (jherfort@gibsondunn.com)
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
    New York, NY 10166
    (212) 351-3832 (Telephone)
    (212) 351-5258 (Facsimile)

Dated: New York, New York
      March 6, 2008

                GIBSON, DUNN & CRUTCHER LLP

                By: <u>s/ John A. Herfort</u>

                John A. Herfort
                200 Park Avenue, 47th Floor
                New York, New York 10166-0193
                Telephone: (212) 351-4000
                Facsimile: (212) 351-4035
                jherfort@gibsondunn.com

                Attorney for Defendant
                Title Insurance Rate Service Association, Inc.