## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GERRY GALIANO, on behalf of himself and those similarly situated,<br><br>            Plaintiffs,<br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, CHICAGO TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, FIDELITY NATIONAL FINANCE, INC., FIRST AMERICAN TITLE INSURANCE COMPANY OF NEW YORK, UNITED GENERAL TITLE INSURANCE COMPANY, FIRST AMERICAN CORPORATION, COMMONWEALTH LAND TITLE INSURANCE COMPANY, LAWYERS TITLE INSURANCE CORPORATION, LANDAMERICA FINANCIAL GROUP, INC., STEWART TITLE INSURANCE COMPANY, MONROE TITLE INSURANCE CORPORATION, STEWART INFORMATION SERVICES CORPORATION, AND TITLE INSURANCE RATE SERVICE ASSOCIATION, INC.,<br><br>            Defendants. | "ECF CASE"<br><br>08 cv 1317 (KMK) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil procedure, and to enable the Judges and Magistrates of the Court to evaluate possible disqualification or recusal, Defendant LandAmerica Financial Group, Inc. states that it is a publicly traded corporation. Based on the information presently available to Defendant LandAmerica Financial Group, Inc., no publicly held corporation owns 10% or more of LandAmerica Financial Group, Inc.'s stock.

7842483.1

Defendant Commonwealth Land Title Insurance Company states that it is a primary subsidiary of LandAmerica Financial Group, Inc.

Defendant Lawyers Title Insurance Corporation states that it is a primary subsidiary of LandAmerica Financial Group, Inc.

Dated:  New York, New York
         March 13, 2008

>By: /s/ David P. Langlois
>David P. Langlois (DL 2319)
>SUTHERLAND ASBILL & BRENNAN LLP
>1114 Avenue of the Americas, 40th Floor
>New York, New York 10036
>Telephone: (212) 389-5000
>Facsimile:  (212) 389-5099
>david.langlois@sablaw.com
>
>*Attorney for Defendants Commonwealth
>Land Title Insurance Company, Lawyers
>Title Insurance Corporation and
>LandAmerica Financial Group, Inc.*

7842483.1