Benjamin R. Nagin
Akash R. Desai
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Attorneys for Defendants Stewart Title Insurance Company,
Monroe Title Insurance Corporation and
Stewart Information Services Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
GERRY GALIANO,

               Plaintiff,

vs.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.,

               Defendants.
------------------------------------x

**ECF CASE**

Case No. 08-cv-1317 (KMK)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Benjamin R. Nagin, a member of the law firm of Sidley Austin LLP, duly admitted to the Bar of this Court, hereby appears in this action as one of the counsel for Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned.

|  |  |
|---|---|
| Dated: New York, New York<br>March 18, 2008 | SIDLEY AUSTIN LLP<br><br>By: /s/ Benjamin R. Nagin<br>    Benjamin R. Nagin<br>    Akash R. Desai<br>    787 Seventh Avenue<br>    New York, New York 10019<br>    Telephone: (212) 839-5300<br>    Facsimile: (212) 839-5599<br>    E-mail: bnagin@sidley.com<br><br>*Attorneys for Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation* |

2

NY1 6574869v.1