UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GERRY GALIANO, on behalf of himself and those similarly situated,

           Plaintiff,

--v--

FIDELITY NATIONAL TITLE INSURANCE CO., CHICAGO TITLE INSURANCE CO., TICOR TITLE INSURANCE CO., FIDELITY NATIONAL FINANCE, INC., FIRST AMERICAN TITLE INSURANCE CO. OF NEW YORK, UNITED GENERAL TITLE INSURANCE CO., FIRST AMERICAN CORP., COMMONWEALTH LAND TITLE INSURANCE CO., LAWYERS TITLE INSURANCE CORP., LANDAMERICA FINANCIAL GROUP, INC., STEWART TITLE INSURANCE CO., MONROE TITLE INSURANCE CORP., STEWART INFORMATION SERVICE CORP., AND TITLE INSURANCE RATE SERVICE ASSOCIATION, INC.,

           Defendants.

Case No. 08 Civ. 1317 (KMK)

## NOTICE OF APPEARANCE

Peter D. St. Phillip, Jr., Esq. of Lowey Dannenberg Cohen & Hart, P.C. hereby appears as counsel for plaintiff Gerry Galiano and requests that service of all pleadings and papers be made upon such firm, through the undersigned counsel.

Dated: White Plains, New York
       March 19, 2008

                                                       LOWEY DANNENBERG COHEN & HART, P.C.

2123 / NOT / 00087646.WPD v1

By: /S/ _____
Peter D. St. Phillip, Jr. (PS-0276)
One North Broadway - Suite 509
White Plains, NY 10601-2310
Telephone: (914) 997-0500
Telecopier: (914) 997-0035
PStPhillip@Lowey.com

*Attorney for Plaintiff*

2123 / NOT / 00087646.WPD v1