Benjamin R. Nagin
Akash R. Desai
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Attorneys for Defendants Stewart Title Insurance Company,
Monroe Title Insurance Corporation and
Stewart Information Services Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GERRY GALIANO,

             Plaintiff,

vs.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SCANNED

ECF CASE

Case No. 08-cv-1317 (KMK)

NOTICE OF DEFENDANTS
STEWART TITLE INSURANCE
COMPANY, MONROE TITLE
INSURANCE CORPORATION
AND STEWART
INFORMATION SERVICES
CORPORATION'S MOTION TO
ADMIT COUNSEL
PRO HAC VICE

       PLEASE TAKE NOTICE that upon the annexed affidavits of Benjamin R. Nagin, sworn to on March 18, 2008, Michael P. Doss, sworn to on March 17, 2008, and Gerard D. Kelly, sworn to on March 17, 2008, the undersigned will move this Court before the Honorable Kenneth M. Karas at the United States Courthouse for the Southern District of New York, at a date and time to be determined by the Court, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York for an order allowing the pro hac vice admission of:

|  |  |
|---|---|
| Michael P. Doss | Gerard D. Kelly |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| One South Dearborn Street | One South Dearborn Street |
| Chicago, Illinois 60603 | Chicago, Illinois 60603 |
| Telephone: (312) 853-7000 | Telephone: (312) 853-7000 |
| Facsimile: (312) 853-7036 | Facsimile: (312) 853-7036 |

Mr. Doss and Mr. Kelly are members in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against either Mr. Doss or Mr. Kelly in any State or Federal court.

Dated: New York, New York
March 18, 2008

SIDLEY AUSTIN LLP

By: _____
Benjamin R. Nagin
Akash R. Desai
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
GERRY GALIANO,

                     Plaintiff,

   vs.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.,

                     Defendants.

------------------------------------------------x

**ECF CASE**

Case No. 08-cv-1317 (KMK)

**AFFIDAVIT OF**
**BENJAMIN R. NAGIN**

STATE OF NEW YORK   )
                            ) ss:
COUNTY OF NEW YORK  )

      BENJAMIN R. NAGIN, being duly sworn, hereby deposes and says as follows:

      1.     I am an attorney admitted to practice in the State of New York and in this Court and am a member of the law firm of Sidley Austin LLP, one of the counsel for Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation ("Defendants") in this action. I respectfully submit this affidavit in support of Defendants' motion, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order granting Michael P. Doss and Gerard D. Kelly admission pro hac vice to the bar of this Court on behalf of Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation.

      2.     I am a member in good standing of the bar of this Court.

      3.     Michael P. Doss is a member of the law firm of Sidley Austin LLP, one of the counsel for Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation

and Stewart Information Services Corporation in this action, based in the firm's Chicago, Illinois office. Mr. Doss is a member in good standing of the Bar of the State of Illinois. Mr. Doss's affidavit, sworn to on March 17, 2008, with a certificate of good standing for the Bar of Illinois is attached hereto as Exhibit A.

4. Gerard D. Kelly is a member of the law firm of Sidley Austin LLP, one of the counsel for Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation in this action, based in the firm's Chicago, Illinois office. Mr. Kelly is a member in good standing of the Bar of the State of Illinois. Mr. Kelly's affidavit, sworn to on March 17, 2008, with a certificate of good standing for the Bar of Illinois is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that this Court grant Defendants' motion for an order permitting Michael P. Doss and Gerard D. Kelly to appear in this action pro hac vice on behalf of Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation.

_____
Benjamin R. Nagin

Subscribed and sworn to before me
this 18th day of March, 2008.

_____
Notary Public

MIRIAM MUNOZ
Notary Public, State Of New York
No. 01MU4656613 KINGS
Qualified In ~~Queens~~ County
Commission Expires 02/28/2010

2

NY1 6574880v.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GERRY GALIANO,

                      Plaintiff,

    vs.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.,

                      Defendants.
------------------------------------------------------------x

**ECF CASE**

Case No. 08-cv-1317 (KMK)

**AFFIDAVIT OF
MICHAEL P. DOSS**

STATE OF ILLINOIS    )
                            ) ss:
COUNTY OF COOK    )

       MICHAEL P. DOSS, being duly sworn, hereby deposes and says as follows:

       1.     I am an attorney admitted to practice in the State of Illinois and a member of the law firm of Sidley Austin LLP, one of the counsel for Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation.

       2.     I make this affidavit in support of Defendants' motion for an order permitting me to appear in this action as counsel on behalf of Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation pro hac vice.

       3.     As shown in the Certificate of Good Standing attached hereto as Exhibit 1, I am a member in good standing of the bar of the State of Illinois.

       4.     There are no pending disciplinary proceedings against me in any State or Federal court.

5.  Wherefore your affiant respectfully requests that he be permitted to appear as counsel for Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation and advocate pro hac vice in the above captioned matter.

*[signature]*
Michael P. Doss

Subscribed and sworn to before me
this *17* day of March, 2008.

*[signature]*
Notary Public

*[Notary seal:]*
"OFFICIAL SEAL"
Mary Louise Anderson
Notary Public, State of Illinois
My Commission Expires July 25, 2009

2

NY1 6574881v.1

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Michael Patrick Doss

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 6, 1997 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Friday, March 14, 2008.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GERRY GALIANO,

                Plaintiff,

   vs.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.,

                Defendants.

------------------------------------------------------------x

**ECF CASE**

Case No. 08-cv-1317 (KMK)

**AFFIDAVIT OF**
**GERARD D. KELLY**

STATE OF ILLINOIS    )
                          ) ss:
COUNTY OF COOK   )

      GERARD D. KELLY, being duly sworn, hereby deposes and says as follows:

      1.    I am an attorney admitted to practice in the State of Illinois and a member of the law firm of Sidley Austin LLP, one of the counsel for Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation.

      2.    I make this affidavit in support of Defendants' motion for an order permitting me to appear in this action as counsel on behalf of Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation <u>pro hac vice</u>.

      3.    As shown in the Certificate of Good Standing attached hereto as Exhibit 1, I am a member in good standing of the bar of the State of Illinois.

      4.    There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully requests that he be permitted to appear as counsel for Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation and advocate pro hac vice in the above captioned matter.

_____<br>
Gerard D. Kelly

Subscribed and sworn to before me
this 17th day of March, 2008.

_____
Notary Public

"OFFICIAL SEAL"
MICHELLE J. THOMAS
Notary Public, State of Illinois
My Commission Expires Sept. 3, 2011

2

NY1 6574882v.1

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Gerard David Kelly

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 1986 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Friday, March 14, 2008.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
GERRY GALIANO,                              :
                                            :       **ECF CASE**
                    Plaintiff,              :
                                            :       Case No. 08-cv-1317 (KMK)
       vs.                                  :
                                            :
FIDELITY NATIONAL TITLE INSURANCE           :
COMPANY, et al.,                            :
                                            :
                    Defendants.             :
                                            :
------------------------------------------------x


## [PROPOSED] ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

       This matter having been brought before the Court on the motion of Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation, for admission pro hac vice of Michael P. Doss and Gerard D. Kelly to appear on their behalf in this action, and the Court having considered the affidavits submitted in support of said motion, it is hereby

       **ORDERED**, that Michael P. Doss and Gerard D. Kelly of the law firm Sidley Austin LLP are admitted pro hac vice to appear as counsel for Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation in this matter, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court.

Dated: New York, New York
       March ___, 2008

                                            _____
                                            UNITED STATES DISTRICT JUDGE

NY1 6574884v.1

# CERTIFICATE OF SERVICE

I, Akash R. Desai, hereby certify that I caused a true and correct copy of the foregoing Notice of Motion to Admit Counsel *Pro Hac Vice* and the Affidavit of Benjamin R. Nagin with exhibits annexed thereto to be served by first class mail on the below list, on the 19th day of March 2008.

Dated the 19th day of March 2008.

Akash R. Desai

Richard Wolfe Cohen
Peter D. St. Phillip
Scott Vincent Papp
Lowey Dannenberg Bemporad Selinger & Cohen, P.C.
White Plains Plaza
1 North Broadway
5th Floor
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
**Attorneys for Plaintiff**

Barry R. Ostrager
Kevin J. Arquit
Patrick Timothy Shilling
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
**Attorneys for Defendants Fidelity National Title Insurance Company,
Chicago Title Insurance Company, Ticor Title Insurance Company
and Fidelity National Finance, Inc.**

James Ian Serota
Kenneth Alan Lapatine
Stephen L. Saxl
Greenberg Traurig LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-2277
Facsimile: (212) 224-6155
**Attorneys for Defendants First American Title Insurance Company of New York,
United General Title Insurance Company and First American Corporation**

David P. Langlois
Sutherland, Asbill & Brennan, LLP
1114 Avenue of the Americas
40th Floor
New York, New York 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
**Attorneys for Defendants Commonwealth Land Title Insurance Company,
Lawyers Title Insurance Corporation, and Landamerica Financial Group, Inc.**

John A. Herfort
Daniel Joseph Chirlin
James L. Hallowell
Oliver Michael Olanoff
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
**Attorneys for Defendant Title Insurance Rate Service Association, Inc.**