```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GERRY GALIANO,

                Plaintiff,

vs.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ECF CASE**

Case No. 08-cv-1317 (KMK)

### [PROPOSED] ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

This matter having been brought before the Court on the motion of Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation, for admission pro hac vice of Michael P. Doss and Gerard D. Kelly to appear on their behalf in this action, and the Court having considered the affidavits submitted in support of said motion, it is hereby

**ORDERED**, that Michael P. Doss and Gerard D. Kelly of the law firm Sidley Austin LLP are admitted pro hac vice to appear as counsel for Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation in this matter, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court.

Dated: New York, New York
       March 26, 2008

_____
UNITED STATES DISTRICT JUDGE

NY1 6574884v.1