Mark A. Robertson
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York  10103
Telephone: 212-318-3000
Telecopier: 212-318-3400

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Attorneys for Defendants Stewart Title Insurance Company,
Monroe Title Insurance Corporation and
Stewart Information Services Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
GERRY GALIANO, on behalf                          :     08 Civ. 1317 (KMK)
of himself and all others similarly situated,     :
                                                  :
                            Plaintiffs,           :
                                                  :
         - against -                              :
                                                  :
FIDELITY NATIONAL TITLE INSURANCE,                :
COMPANY, et al.,                                  :
                                                  :
                            Defendants.           :
------------------------------------------------------------x

## ORDER GRANTING ADMISSION *PRO HAC VICE*

Upon the motion of Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation and the declaration and the Certificates of Good Standing submitted to this Court;

IT IS HEREBY ORDERED that David M. Foster of Fulbright & Jaworski L.L.P., upon payment of the requisite fee to the Clerk of the Court, is admitted to practice *pro hac vice* before this Court in the above-captioned proceedings on behalf of Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation.

_____
United States District Judge

Dated: March 2008

80163961.1