

| | |
|---|---|
| SIDLEY AUSTIN LLP | BEIJING — LOS ANGELES |
| 787 SEVENTH AVENUE | BRUSSELS — NEW YORK |
| NEW YORK, NY 10019 | CHICAGO — SAN FRANCISCO |
| (212) 839 5300 | DALLAS — SHANGHAI |
| (212) 839 5599 FAX | FRANKFURT — SINGAPORE |
| | GENEVA — SYDNEY |
| | HONG KONG — TOKYO |
| | LONDON — WASHINGTON, D.C. |

adesai@sidley.com
(212) 839-5329

FOUNDED 1866

July 1, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**BY HAND DELIVERY**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re:    Galiano v. Fidelity National Title Ins. Co., et al., No. 08-cv-1317 (KMK)

Dear Judge Karas:

I am an associate with Sidley Austin LLP, co-counsel for Defendants Stewart Title Insurance Company, Monroe Title Insurance Company, and Stewart Information Services Corporation. I will be departing the firm on Thursday, July 3rd, 2008. Accordingly, pursuant to Rule 1.4 of the Local Civil Rules of this Court, I respectfully request that my appearance in this case be withdrawn.

Respectfully submitted,

Akash R. Desai

cc:    All Counsel of Record (via E-mail)

SO ORDERED

KENNETH M. KARAS, U.S.D.J.

7/2/08