*Karas, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GERRY GALIANO, on behalf                              :
of himself and those similarly situated,              :
                                                      :
                              Plaintiff,              : Case No. 08 Civ. 01317-KMK
                     v.                               :
                                                      :
FIDELITY NATIONAL TITLE INSURANCE                     :
COMPANY, et al.,                                      :
                              Defendants.             :
-----------------------------------------------------------------x

                    *and*

-----------------------------------------------------------------x
GARY KROMER, MONIQUE KROMER,                          :
JOSEPH AMMIRATI, MICHELLE AMMIRATI,                   :
on behalf of themselves and those similarly situated, :
                                                      :
                              Plaintiff,              : Case No. 08 Civ. 01494-KMK
                     v.                               :
                                                      :
FIDELITY NATIONAL TITLE INSURANCE                     :
COMPANY, et al.,                                      :
                              Defendants.             :
-----------------------------------------------------------------x

                    *and*

-----------------------------------------------------------------x
SUSAN M. MORATTA,                                     :
on behalf of herself and those similarly situated,    :
                                                      :
                              Plaintiff,              : Case No. 08 Civ. 01597-KMK
                     v.                               :
                                                      :
FIDELITY NATIONAL TITLE INSURANCE                     :
COMPANY, et al.,                                      :
                              Defendants.             :
-----------------------------------------------------------------x

                    *and*

2123 / STIP / 00089625.WPD v1

```
--------------------------------------------------------------------x
PETER MILEY,                                          :
on behalf of himself and those similarly situated,    :
                                                      :
                              Plaintiff,              : Case No. 08 Civ. 01547-KMK
                      v.                              :
                                                      :
FIDELITY NATIONAL TITLE INSURANCE                     :
COMPANY, et al.,                                      :
                              Defendants.             :
--------------------------------------------------------------------x
```

                              *and*

```
--------------------------------------------------------------------x
VINCENT TRULLI,                                       :
on behalf of himself and those similarly situated,    :
                                                      :
                              Plaintiff,              : Case No. 08 Civ. 01729-KMK
                      v.                              :
                                                      :
FIDELITY NATIONAL TITLE INSURANCE                     :
COMPANY, et al.,                                      :
                              Defendants.             :
--------------------------------------------------------------------x
```

                              *and*

```
--------------------------------------------------------------------x
MARTIN MARTINUCCI,                                    :
on behalf of himself and those similarly situated,    :
                                                      :
                              Plaintiff,              : Case No. 08 Civ. 01644-KMK
                      v.                              :
                                                      :
FIDELITY NATIONAL TITLE INSURANCE                     :
COMPANY, et al.,                                      :
                              Defendants.             :
--------------------------------------------------------------------x
```

## STIPULATION REGARDING CONSOLIDATION AND RULE 12 MOTIONS

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants, in the

above-captioned actions, through their undersigned counsel, as follows:

2123 / STIP / 00089625.WPD v1

1)   The above-captioned cases shall be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure;

2)   Plaintiffs will file a consolidated amended complaint on or before July 9, 2008;

2)   Defendants will file and serve any motions pursuant to Rule 12 of the Federal Rules of Civil Procedure on or before 30 days following the filing of the consolidated amended complaint; *consistent with the court's Individual Practices.*

3)   Any memoranda of law in support thereof shall collectively not exceed 50 pages, provided that if any defendant seeks to present argument specific to itself, any such defendant and its affiliated defendants collectively may file a separate memorandum of law which will not exceed 10 pages; *KMK* *(KMK)*

4)   Plaintiffs will file and serve any opposition to such motions on or before 26 days following service of Defendants' Rule 12 motions;

5)   Any memoranda of law in support thereof shall collectively not exceed 50 pages, provided that if any defendant files and serves any memorandum of law specific to itself, Plaintiffs may file additional memoranda of law responsive to such arguments which will each not exceed 10 pages; *KMK*

6)   Defendants will file and serve any reply to Plaintiffs' memoranda of law on or before 16 days following service thereof; */ KMK*

7)   Any memoranda of law in support thereof shall collectively not exceed 25 pages, provided that if a Plaintiffs file and serve any additional memorandum of law specific to any defendant, such defendant and its affiliated defendants collectively may file a separate memorandum of law in reply to such arguments which will each not exceed 5 pages; and *KMK*

8)   This stipulation may be executed in counterparts, including by signature transmitted by facsimile.

Dated:  White Plains, New York
       July 3, 2008

                    LOWEY DANNENBERG COHEN & HART, P.C.

By:  _____

      Barbara Hart
      Peter D. St. Phillip, Jr.
      Vincent Briganti
One North Broadway
Fifth Floor
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
bhart@lowey.com
pstphillip@lowey.com
vbriganti@lowey.com

*Attorneys for Plaintiffs, Gerry Galiano, Gary Kromer, Monique Kromer, Joseph Ammarati, Michelle Ammarati and Susan M. Marotta*

WHALEN & TUSA, P.C.

BY:_____

      Joseph S. Tusa
      Paul C. Whalen
33 West 19th Street, Fourth Floor
New York, New York 10011
Telephone (212) 400-7100
Facsimile: (212) 658-9685
joseph@whalen-tusa.com
paul@whalen-tusa.com

*Attorneys for Plaintiff, Vincent Trulli*

2123 / STIP / 00089625.WPD v1

Dated: White Plains, New York
        July __, 2008

LOWEY DANNENBERG COHEN & HART, P.C.

By:_____
        Barbara Hart
        Peter D. St. Phillip, Jr.
        Vincent Briganti
One North Broadway
Fifth Floor
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
bhart@lowey.com
pstphillip@lowey.com
vbriganti@lowey.com

*Attorneys for Plaintiffs, Gerry Galiano, Gary
Kromer, Monique Kromer, Joseph Ammarati,
Michelle Ammarati and Susan M. Marotta*

WHALEN & TUSA, P.C.

BY:_____
        Joseph S. Tusa
        Paul C. Whalen
33 West 19th Street, Fourth Floor
New York, New York 10011
Telephone (212) 400-7100
Facsimile: (212) 658-9685
joseph@whalen-tusa.com
paul@whalen-tusa.com

*Attorneys for Plaintiff, Vincent Trulli*

2123 / STIP / 00089625.WPD v1

FARUQI & FARUQI, LLP

By: _____
      Antonio Vozzolo
369 Lexington Avenue
Tenth Floor
New York, New York 10017
Telephone: (212) 983-9300
Facsimile: (212) 983-9331
avozzolo@faruqilaw.com

*Attorneys for Plaintiffs, Stephen J. Phelan,*
*Jonathan Dzedzy, Jaclyn Dzedzy and Michael*
*Martinucci*

SQUITIERI & FEARON, LLP

By: _____
      Lee Squitieri
32 East 57th Street
Twelfth Floor
New York, New York 10022
Telephone: (212) 421-6492
Facsimile: (212) 421-6553
lee@sfclasslaw.com

*Attorneys for Peter Miley*

FARUQI & FARUQI, LLP

By:_____

    Antonio Vozzolo
369 Lexington Avenue
Tenth Floor
New York, New York 10017
Telephone: (212) 983-9300
Facsimile: (212) 983-9331
avozzolo@faruqilaw.com

*Attorneys for Plaintiffs, Stephen J. Phelan,
Jonathan Dzedzy, Jaclyn Dzedzy and Michael
Martinucci*

SQUITIERI & FEARON, LLP

By:_____

    Lee Squitieri
32 East 57th Street
Twelfth Floor
New York, New York 10022
Telephone: (212) 421-6492
Facsimile: (212) 421-6553
lee@sfclasslaw.com

*Attorneys for Peter Miley*

2123 / STIP / 00089625.WPD v1

SIMPSON THACHER & BARTLETT LLP

By: _____

Barry R. Ostrager
Kevin J. Arquit
Patrick T. Shilling
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com
karquit@stblaw.com
pshilling@stblaw.com

*Attorneys for Defendants Fidelity National
Financial, Inc., Fidelity National Title Insurance
Company, Chicago Title Insurance Company, and
Ticor Title Insurance Company*

FULBRIGHT & JAWORSKI L.L.P.

By: _____

Mark A. Robertson
666 Fifth Avenue
New York, New York 10103
Telephone:  (212) 318-3304
Facsimile: (212) 318-3400
mrobertson@fulbright.com

*Attorneys for Defendants Stewart Information
Services Corporation, Stewart Title Insurance
Company, and Monroe Title Insurance Corporation*

SIMPSON THACHER & BARTLETT LLP

By: _____
Barry R. Ostrager
Kevin J. Arquit
Patrick T. Shilling
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com
karquit@stblaw.com
pshilling@stblaw.com

*Attorneys for Defendants Fidelity National*
*Financial, Inc., Fidelity National Title Insurance*
*Company, Chicago Title Insurance Company, and*
*Ticor Title Insurance Company*

FULBRIGHT & JAWORSKI L.L.P.

By: _____
Mark A. Robertson
666 Fifth Avenue
New York, New York 10103
Telephone:  (212) 318-3304
Facsimile: (212) 318-3400
mrobertson@fulbright.com

*Attorneys for Defendants Stewart Information*
*Services Corporation, Stewart Title Insurance*
*Company, and Monroe Title Insurance Corporation*

GIBSON, DUNN & CRUTCHER LLP

By: _____
John A. Herfort
James L. Hallowell
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jherfort@gibsondunn.com
jhallowell@gibsondunn.com

*Attorneys for Title Insurance Rate Service*
*Association, Inc.*


GREENBERG TRAURIG, LLP


By: _____
James I. Serota
Kenneth Lapatine
Stephen L. Saxl
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com

*Attorneys for Defendants The First American*
*Corporation, First American Title Insurance*
*Company of New York, and United General Title*
*Insurance Company*

GIBSON, DUNN & CRUTCHER LLP

By: _____

John A. Herfort
James L. Hallowell
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jherfort@gibsondunn.com
jhallowell@gibsondunn.com

*Attorneys for Title Insurance Rate Service
Association, Inc.*

GREENBERG TRAURIG, LLP

By: _____

James L. Serota
Kenneth Lapatine
Stephen L. Saxl
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com

*Attorneys for Defendants The First American
Corporation, First American Title Insurance
Company of New York, and United General Title
Insurance Company*

SUTHERLAND ASBILL & BRENNAN LLP

By: _____
David P. Langlois
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5000
Facsimile:  (212) 389-5099
david.langlois@sutherland.com

*Attorneys for Defendants LandAmerica Financial
Group, Inc., Commonwealth Land Title Insurance
Company, and Lawyers Title Insurance
Corporation*

SO ORDERED:

_____

The Honorable Kenneth M. Karas
United States District Judge

Dated: 7/8/08